**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:19-cr-00124 |
| v. | ) | |
| | ) | Dist. Judge Harry S. Mattice |
| GEORGE STRIKER | ) | |
| | ) | Mag. Judge Christopher H. Steger |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 11] recommending that the Court: (1) accept Defendant's guilty plea as to Count One of the one count Information; (2) adjudicate Defendant guilty of conspiracy to commit health care fraud in violation of 18 U.S.C. §§ 1347 and 1349; and (3) order that Defendant remain out of custody subject to the Order Setting Conditions of Release [Doc. 8] pending further order of this Court. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 11] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's plea of guilty to Count One of the one count Information is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of conspiracy to commit health care fraud in violation of 18 U.S.C. §§ 1347 and 1349;

3. Defendant's sentencing hearing shall take place on **February 10, 2020, at 2:00 p.m.**; and

4. Defendant **SHALL REMAIN** out of custody subject to the Order Setting Conditions of Release [Doc. 8] pending further order of this Court.

**SO ORDERED.**

_/s/ Harry S. Mattice, Jr._
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE